Case 7:23-cv-00075   Document 7   Filed on 04/05/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 05, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BELEM MACARENA ARREDONDO GARCIA, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:23-CV-00075 |
| PNC BANK, NATIONAL ASSOCIATION, | § § § | |
| Defendant. | § | |

## ORDER GRANTING MOTION TO DISMISS

Now before the Court is Defendant PNC Bank, National Association's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 4). Because Plaintiff Belem Macarena Arredondo Garcia has not responded to the Motion within the time provided by the Local Rules of this Court, the Motion is considered unopposed. *See* Local Rules 7.3, 7.4. Additionally, Plaintiff noted no opposition to the Motion at the Initial Pretrial Conference held on April 4, 2023.

For these reasons, it is, therefore, **ORDERED** that:

1. Defendant's Motion to Dismiss is **GRANTED**;

2. All of Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**;

3. Plaintiff shall pay Defendant $3,080.00 in attorney's fees and costs; and

4. The Clerk is directed to close this case.

SO ORDERED April 5, 2023, at McAllen, Texas.

*Randy Crane*
Randy Crane
Chief United States District Judge